IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE BURCHARD,** *et al.,* | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :   Civil Case No.: 1:22-cv-00497-JMC |
| | : |
| **AMERICA 250 FOUNDATION,** *et al.***,** | : |
| | : |
| **Defendants.** | : |

**DEFENDANT AMERICA 250 FOUNDATION'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT**

Defendant America 250 Foundation (the "Foundation"), by and through undersigned counsel, pursuant to FED. R. CIV. P. 9(b), 12(b)(1), and 12(b)(6), hereby moves this Court to dismiss all Counts contained in the Complaint filed by Plaintiffs Renee Burchard, Kirsti Garlock, Anna Laymon, and Keri Potts (collectively, the "Plaintiffs"), *see* ECF No. 1.  In support thereof, the Foundation refers the Court to the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.  A proposed Order is also attached hereto.

Dated: April 7, 2022                                                 Respectfully submitted,


                                                                                  By: /s/ Tiffany din Fagel Tse
                                                                                  Brian A. Scotti, Esq.
                                                                                  (D.C. Bar No. 497125)
                                                                                  Tiffany din Fagel Tse, Esq.
                                                                                  (D.C. Bar No. 1601147)
                                                                                  GORDON REES SCULLY MANSUKHANI, LLP
                                                                                  1101 King Street, Suite 520
                                                                                  Alexandria, Virginia 22314
                                                                                  (T): 202-399-1009
                                                                                  (F): 202-800-2999
                                                                                  bscotti@grsm.com
                                                                                  ttse@grsm.com

                                                                                  *Counsel for Defendant America 250
                                                                                  Foundation*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 7, 2022, a copy of the foregoing was served electronically via the Court's ECF system to:

Donald Temple, Esq.
Pamela Keith, Esq.
Temple Law Offices
1310 L Street NW, Suite 750
Washington, D.C. 20005
DTempleLaw@gmail.com
PamelaKeithTempleLaw@gmail.com

*Counsel for Plaintiffs*

                                                        /s/ Tiffany din Fagel Tse
                                                        Tiffany din Fagel Tse