IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE BURCHARD,** *et al.*, : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Case No.: 1:22-cv-00497-JMC |
| : | |
| **AMERICA 250 FOUNDATION,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER

**IN CONSIDERATION OF** Defendant America 250 Foundation's Motion to Dismiss, its accompanying Memorandum of Points and Authorities, any Opposition thereto, and the entire record in this matter, it is on this _____ day of _____, 2022 hereby

**ORDERED** that, Defendant America 250 Foundation's Motion to Dismiss is **GRANTED**; it is further

**ORDERED** that, Plaintiffs Renee Burchard, Kirsti Garlock, Anna Laymon, and Keri Potts's Complaint (ECF No. 1) against Defendant America 250 Foundation is **DISMISSED** in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____
                                             Hon. Jia M. Cobb
                                             U.S. District Court for the District of Columbia