UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE BURCHARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN 250 FOUNDATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-0497 (JMC) |

**DEFENDANT UNITED STATES SEMIQUINCENTENNIAL COMMISSION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant, the United States Semiquincentennial Commission ("Commission"), by and through undersigned counsel, respectfully moves to dismiss the claims against it in the complaint filed by Plaintiffs Renee Burchard, Kirsti Garlock, Anna Laymon, and Keri Potts (collectively "Plaintiffs") (ECF No. 1).  For the reasons set forth in the accompanying memorandum of law, the claims against the Commission should be dismissed pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(1) for lack of subject matter jurisdiction or, in the alternative, for failure to state a claim pursuant Rule 12(b)(6).  A proposed order is submitted herewith.

\* \* \*

Dated: May 24, 2022
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ *Sian Jones*
    SIAN JONES, D.C. Bar # 1024062
    Assistant United States Attorney
    601 D St., N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2578
    Fax: (202) 252-2599
    Email: Sian.Jones@usdoj.gov

*Attorneys for the United States of America*