UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE BURCHARD, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN 250 FOUNDATION, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 22-0497 (JMC) |

### **[PROPOSED] ORDER**

Upon consideration of the Motion to Dismiss Plaintiffs' Complaint filed by Defendant, United States Semiquincentennial Commission ("Commission"), applicable legal authorities, and the entire record herein, it is hereby:

**ORDERED** that the Commission's Motion to Dismiss Plaintiffs' Complaint should be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims against the Commission in the above-captioned civil action should be, and hereby are, **DISMISSED**.

**SO ORDERED** this _____ day of _____, 2022.

_____
United States District Judge