UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENEE BUCHARD**, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**AMERICA 250 FOUNDATION**, *et al.*,<br><br>            Defendants. | **Civil Action No.** 1:22-cv-00497 (JMC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Rule 83.6(b) of the Local Rules of this Court, Tiffany din Fagel Tse withdraws her appearance as counsel for Defendant America 250 Foundation ("Defendant") as she is no longer with the firm Gordon & Rees, LLP. No trial date has been set and no substitute counsel is necessary because Gordon & Rees, LLP continues to represent Defendant. Consequently, Ms. Tse's withdrawal will cause no prejudice to the Parties or the Court.

Dated:  June 13, 2022.

                                                          Respectfully submitted,

                                                          */s/ Tiffany din Fagel Tse*
                                                          Tiffany din Fagel Tse (D.C. Bar No. 1601147)
                                                          LITTLER MENDELSON, P.C.
                                                          1800 Tysons Boulevard, Suite 500
                                                          Tysons Corner, VA 22102
                                                          Telephone:     703.442.8425
                                                          Facsimile:      703.662.6178
                                                          Email:  TTse@littler.com

                                                          **For Defendant**
                                                          **America 250 Foundation:**

                                                          */s/ Brian Adam Scotti (with permission)*
                                                          Brian Adam Scotti (D.C. Bar No. 497125)
                                                          GORDON & REES, LLP
                                                          1101 King Street, Suite 520
                                                          Alexandria, VA 22314
                                                          Telephone:     202.399.1009
                                                          Facsimile:      202.800.2999
                                                          Email:  BScotti@grsm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 13th day of June, 2022, a copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pamela M. Keith (D.C. Bar No. 448421)
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 800-0292
Fax: (202) 807-5725
Email: pamkeith@centerforemploymentjustice.com

*Counsel for Plaintiffs*

Matthew L. Devendorf (D.C. Bar No. 1048361)
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive
Suite 1500
Tysons Corner, VA 22102
Telephone: 703-610-8645
Fax: 703-610-8686
Email: mdevendorf@milesstockbridge.com

Merrell Beth Renaud (D.C. Bar No. 429971)
MILES & STOCKBRIDGE PC
1751 Pinnacle Serive
Suite 1500
Vienna, VA 22102
Telephone: 703-610-8641
Fax: 703-610-8641
Email: Mrenaud@milesstockbridge.com

*Counsel for Defendants*

Sian Jones
DOJ-USAO
601 D Street, NW
Washington, DC 20530
Telephone: 202-252-2578
Email: sian.jones@usdoj.gov

/s/ *Tiffany din Fagel Tse*
Tiffany din Fagel Tse