IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RENEE BURCHARD, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CV- 00497 (JMC) |
| | ) | |
| AMERICA 250 FOUNDATION, *et al.*, | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |
| _____ | ) | |

## PLAINTIFFS' NOTICE OF TRANSFER ORDER

Comes now Plaintiffs, Renee Burchard and Kirsti Garlock, by and through undersigned counsel, with their Notice of Transfer of *Daniel DiLella, et al. v. Renee Burchard, et al.*, Case No. 2:23-CV-4567 (NQA), to this Court for adjudication. A copy of the ORDER is attached hereto as EXHIBIT 1. Plaintiff's plan to file a motion to consolidate the matters upon receiving notice of receipt of the case from the Court.

Respectfully submitted,

/s/*Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW.
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing Plaintiff's Notice of Transfer Order was served on Defendant this 9th day of June 2024, by electronic court filing system on:

Brian Scotti
GORDON REES SCULLY MANSUKHANI
277 S. Washington St.,
Suite 550
Alexandria, VA 22314
(202) 372-9078
bscotti@grsm.com
*Counsel for Defendant*

/s/*Pamela M. Keith*
Pamela M. Keith