IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE BURCHARD, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.  1:22-CV- 00497 (JMC) |
| ) | |
| AMERICA 250 FOUNDATION, ) | |
| *et al.*, ) | |
| ) | **JURY TRIAL DEMANDED** |
| *Defendants*. ) | |
| _____) | |

**PLAINTIFFS' NOTICE OF SETTLEMENT
AND VOLUNTARY DISMISSAL**

Comes now Plaintiffs, Anna Laymon and Keri Potts, by and through undersigned counsel, with their Notice of Settlement and Voluntary Dismissal of all their claims in the above-titled matter.

Respectfully submitted,

/s/*Pamela M. Keith*
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW.
Suite 600
Washington, DC 20001
(202) 800-0292
pamkeith@centerforemploymentjustice.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

This certifies that a true copy of the foregoing Plaintiff's Notice of Settlement and Voluntary Dismissal was served on Defendant this 9th day of June 2024, by electronic court filing system on:

Brian Scotti
GORDON REES SCULLY MANSUKHANI
277 S. Washington St.,
Suite 550
Alexandria, VA 22314
(202) 372-9078
bscotti@grsm.com
*Counsel for Defendant*

/s/*Pamela M. Keith*
Pamela M. Keith