UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE BURCHARD, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>AMERICA 250 FOUNDATION, )<br>*et al.*, )<br>)<br>*Defendants*. )<br>_____) | Case No. 1:22-CV-00497 (JMC)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SETTLEMENT AND**
<u>**VOLUNTARY WITHDRAWL OF CLAIMS**</u>

Comes now Plaintiffs Renee Burchard and Kirsti Garlock, by and through undersigned counsel, with their notice of voluntary withdrawal of all remaining claims due to settlement of this matter.

Respectfully submitted,

<u>/s/*Pamela M. Keith*</u>
Pamela M. Keith
CENTER FOR EMPLOYMENT JUSTICE
650 Massachusetts Ave. NW
Suite 600
Washington, DC 20001
Tel: (202) 800-0292
Fax: (202) 807-5725
pamkeith@centerforemploymentjustice.com

1

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing Notice of Settlement and Voluntary Dismissal of all Claims was served on Defendant this 20th day of December 2024, by electronic mail on:

Brian Scotti
GORDON REES SCULLY MANSUKHANI
277 S. Washington St.,
Suite 550
Alexandria, VA 22314
(202) 372-9078
bscotti@grsm.com
*Counsel for Defendant*

/s/*Pamela M. Keith*
Pamela M. Keith